0026-0W-EPIE0W-00223259-656955

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re: NATHANIEL PETE YOUNG JR  
     MEAGAN CORNELL YOUNG  
          Debtor(s)

Case No.: 13-11316-13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Carl B. Davis, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/28/2013.
2) The plan was confirmed on 08/14/2013.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/30/2016, 06/08/2015.
5) The case was completed on 06/29/2018.
6) Number of months from filing or conversion to last payment: 61.
7) Number of months case was pending: 65.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 13,885.00.
10) Amount of unsecured claims discharged without full payment: 18,153.72.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $15,647.24 | |
| Less amount refunded to debtor: | $47.24 | |
| **NET RECEIPTS:** | | $15,600.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $2,200.00 | |
| Court Costs: | $281.00 | |
| Trustee Expenses and Compensation: | $879.73 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $3,360.73 |
| Attorney fees paid and disclosed by debtor: | $300.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 600.00 | NA | NA | .00 | .00 |
| ADVANTEDGE QUALITY CARS | Secured | 8,988.05 | 7,785.00 | 7,785.00 | 7,785.00 | 1,050.38 |
| ADVANTEDGE QUALITY CARS | Unsecured | NA | 1,279.88 | 1,279.88 | 97.36 | .00 |
| AT&T MOBILITY II | Unsecured | 100.00 | 886.04 | 886.04 | 67.00 | .00 |
| DR JOHN PROVENZANO | Unsecured | 336.72 | NA | NA | .00 | .00 |
| DR KENNETH NELSON | Unsecured | 260.00 | 255.00 | 255.00 | 19.29 | .00 |
| EAST WICHITA DENTIST | Unsecured | 150.00 | NA | NA | .00 | .00 |
| EQUISHARE CREDIT | Unsecured | NA | 1,284.05 | 1,284.05 | 97.67 | .00 |
| FARMERS INSURANCE GROUP | Unsecured | 410.00 | NA | NA | .00 | .00 |
| FIDELITY SAVINGS | Unsecured | 950.00 | 935.60 | 935.60 | 70.75 | .00 |
| GALICHIA HEART HOSPITAL | Unsecured | 8,000.00 | 4,766.76 | 4,766.76 | 362.59 | .00 |
| H&R BLOCK BANK | Unsecured | 280.00 | 238.33 | 238.33 | 18.02 | .00 |
| HILLSIDE MEDICAL OFFICE | Unsecured | 300.00 | 143.68 | 143.68 | 10.87 | .00 |

0026-0W-EPIE0W-00223259-656955

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re: NATHANIEL PETE YOUNG JR  
      MEAGAN CORNELL YOUNG  
          Debtor(s)

Case No.: 13-11316-13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JOHN HOLLINGSWORTH DDS | Unsecured | 45.00 | NA | NA | .00 | .00 |
| KANSAS GAS SERVICE | Unsecured | 240.00 | 104.75 | 104.75 | 7.92 | .00 |
| LOAN SMART | Secured | 1,000.00 | 500.00 | 500.00 | 500.00 | 68.24 |
| LOAN SMART | Unsecured | NA | 1,115.93 | 1,115.93 | 84.38 | .00 |
| MIDLAND CREDIT MANAGEMENT CORP | Unsecured | 1,000.00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING | Unsecured | 1,000.00 | 934.58 | 934.58 | 70.67 | .00 |
| NGUYEN FAMILY DENTISTRY | Unsecured | 363.00 | NA | NA | .00 | .00 |
| PUBLIC WORKS & UTILITIES | Unsecured | 150.00 | NA | NA | .00 | .00 |
| QUIK CASH | Unsecured | 600.00 | 575.00 | 575.00 | 43.48 | .00 |
| SPEEDY CASH | Unsecured | 790.00 | NA | NA | .00 | .00 |
| SPEEDY CASH | Unsecured | 980.00 | NA | NA | .00 | .00 |
| SPEEDY CASH | Unsecured | 150.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | Unsecured | NA | 807.97 | 807.97 | 61.10 | .00 |
| ST CATHERINE EMERGENCY PHYSICIA | Unsecured | NA | .00 | .00 | .00 | .00 |
| SUNRISE CREDIT SERVICE | Unsecured | 551.75 | NA | NA | .00 | .00 |
| UNITED STUDENT AID FUNDS | Unsecured | NA | 1,591.50 | 1,591.50 | 121.06 | .00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 9,200.00 | 22,060.81 | 22,060.81 | 1,678.06 | .00 |

0026-0W-EPIE0W-00223259-656955

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re: NATHANIEL PETE YOUNG JR  
MEAGAN CORNELL YOUNG  
    Debtor(s)

Case No.: 13-11316-13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| WESTAR ENERGY | Unsecured | 540.00 | 336.21 | 336.21 | 25.43 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 8,285.00 | 8,285.00 | 1,118.62 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 8,285.00 | 8,285.00 | 1,118.62 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 37,316.09 | 2,835.65 | .00 |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration: | $3,360.73 |
| Disbursements to Creditors: | $12,239.27 |
| **TOTAL DISBURSEMENTS:** | $15,600.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/11/2018    By: /s/Carl B. Davis  
                                                   Standing Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.