Form fnldec  (Revised 08/01/2018)

United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 13–11316

Chapter: 13

In re:

Nathaniel Pete Young Jr
1051 North Parkwood
Wichita, KS 67208

SSN: xxx–xx–0476

Meagan Cornell Young
aka    Meagan Cornell Moore
1051 North Parkwood
Wichita, KS 67208

SSN: xxx–xx–7380

**FINAL DECREE**

| Filed And Entered By The Court |
|---|
| **11/14/18** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. The Final Report and Account of the Standing Chapter 13 Trustee is approved.

2. Carl B. Davis is discharged as trustee of the estate and the trustee and the surety on the trustee's bond are released from any liability upon that bond in this case.

3. This chapter 13 case is closed.

Document 71

s/ Robert E. Nugent
United States Bankruptcy Judge

```
United States Bankruptcy Court
                                       District of Kansas
In re:                                                                Case No. 13-11316-REN
Nathaniel Pete Young, Jr                                              Chapter 13
Meagan Cornell Young
        Debtors                        CERTIFICATE OF NOTICE
District/off: 1083-6          User: mel                Page 1 of 1             Date Rcvd: Nov 14, 2018
                              Form ID: fnldecre        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
db/jdb         +Nathaniel Pete Young, Jr,    Meagan Cornell Young,    1051 North Parkwood,
                 Wichita, KS 67208-2723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:
              Allen M. Hickey    on behalf of Joint Debtor Meagan Cornell Young amh@allenhickey.com,
               r41828@notify.bestcase.com
              Allen M. Hickey    on behalf of Debtor Nathaniel Pete Young, Jr amh@allenhickey.com,
               r41828@notify.bestcase.com
              Carl B. Davis    ecf@wichita13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 4